Abukar Osman Beyle  77988-083
Name and Prisoner Number/Alien Registration Number

U.S. Penitentiary - Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson      AZ    85734
City, State, Zip Code

```
✓  ___ FILED       ___ LODGED
   ___ RECEIVED    ___ COPY

        FEB 1 4 2022

        CLERK U S DISTRICT COURT
BY_____ DISTRICT OF ARIZONA _____ DEPUTY
```

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ABUKAR OSMAN BEYLE                    , )
(Full Name of Petitioner)                )
                                         )
                    Petitioner,          )  CASE NO. ___CV-22-00070-TUC-RM--JR___
                                         )       (To be supplied by the Clerk)
            vs.                          )
                                         )
CATRICIA HOWARD, Warden               , )  **PETITION UNDER 28 U.S.C. § 2241**
(Name of Warden, Jailor or authorized person )  **FOR A WRIT OF HABEAS CORPUS**
having custody of Petitioner)            )  **BY A PERSON IN FEDERAL CUSTODY**
                                         )
                    Respondent.          )
_____)

## PETITION

1.   What are you challenging in this petition?
     ☐   Immigration detention
     ☐   Bureau of Prisons sentence calculation or loss of good-time credits
     ☐   Probation, parole or supervised release
     ☑   Other (explain): Unlawful Misappropriation of inmate's funds by
         coersion and threats

2.   (a) Name and location of the agency or court that made the decision you are challenging: Bureau of
     Prisons, Counselor at USP-Tucson and Warden

     (b) Case or opinion number: _____

     (c) Decision made by the agency or court: U.S.P.-Tucson Administration claims the
     right by BOP Policy to remove said funds under the F.R.P. (Financial Respons-
     -ibility Program) without regard for Ninth Circuit Court of Appeals precedence.

Revised 3/9/07

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: Fed. R. Civ P. Rule 11 LRCiV 7.1(b)(1)
        (Rule Numbed/Section)

**530**

(d) Date of the decision: _November forward to this date_

3. Did you appeal the decision to a higher agency or court?    Yes ☐    No ☑

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _N/A_

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: _N/A_

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _N/A_

    (2) Date you filed: _____

(3) Opinion or case number: __N/A_____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: _____

___In accordance with WARD v CHAVEZ, Administrative Remedys would be_____

__futile in this case_____

_____

_____

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?          Yes ☐          No ☑

    If yes, answer the following:

    (a)  Name of the agency or court: __N/A_____

    (b)  Date you filed: _____

    (c)  Opinion or case number: _____

    (d)  Result: _____

    (e)  Date of result: _____

    (f)  Issues raised: _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    **CAUTION:**  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Loss of funds by misappropriation by the Bureau of Prison Administrative Members at USP-Tucson.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
For the last several months, the staff at USP-Tucson has been removing funds from this inmate's account, by use of threats and coercion, in the amount of $50.00 per month. Petitioner spoke to several administrators and told them that he was not obligated to pay restitution until his release from prison and that the Petitioner did not want to make said payments until his release. He was then threatened by said staff, "If you choose to refuse to participate in the F.R.P, you will not be paid for the work you do and your commissary privileges will be reduced from $320.00/month down to $40.00/month with multiple restrictions."
   Petitioner has been employed in the Food Service Department for several years working his way up to the position he currently holds in the food service warehouse, (a much sought after position for pay and prestige) and benifit(s), where he would be required to produce the same amount of work for $5.25/month, a 95% reduction of pay. The loss of privileges is the punishment and coercion used by the BOP to compel and coerce inmates to co-operate with staff regardless of detriment to the inmate as in this case specifically, and many other cases who say nothing for fear of retributions by staff.

(b) Did you exhaust all available administrative remedies relating to Ground One?    Yes ☑    No ☐

(c) If yes, did you present the issue to:
☐ The Board of Immigration Appeals
☐ The Office of General Counsel
☐ The Parole Commission
☑ Other: B.O.P. Administration

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
Pursuant to WARD v CHAVEZ, 678 F.3d 1042 (9th CA 2012), administrative remedies are, in this type of action, futile.

4

**Please answer these additional questions about this petition:**

7.    Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐        No ☑
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255?              Yes ☐        No ☐

If yes, answer the following:

(1)  Name of court: ___N/A_____

(2)  Case number: _____

(3)  Opinion or case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)    Explain why the remedy under § 2255 is inadequate or ineffective: _____
_____N/A_____
_____
_____
_____

8.    If this case concerns immigration removal proceedings, answer the following:

(a)    Date you were taken into immigration custody: __N/A_____

(b)    Date of removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☐

(1)  Date you filed: _____

(2)  Case number: _____

5.

(3) Result: ___N/A_____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)    Did you file an appeal with the federal court of appeals?         Yes ☐        No ☐

(1) Name of the court: ___N/A_____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: That the BOP cease and desist in (1) The unlawful collection of money from inmate's account, (2) the use of threats and coercion to facilitate the unlawful acts by the BOP, and (3) to return the unlawfully appropriated monies to Petitioner's Inmate Funds account and (4) that a TRO be issued restraining the BOP from removing the money from his inmate account during or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.) the pendency of this action without fear of retribution from the BOP.


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____(month, day, year).


_____
**Signature of Petitioner**

        This document has been completed with the assistance of inmate
        Jerry Banks #99023-198, an inmate legal assistant.

___Jerry L Banks_____        _____
Signature of            if any                    Date

6.