# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abukar Osman Beyle,<br><br>　　　　Petitioner,<br><br>v.<br><br>Catricia Howard,<br><br>　　　　Respondent. | **NO. CV-22-00070-TUC-RM (JR)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 25, 2022, judgment is entered in favor of respondent and against petitioner. Petitioner to take nothing, and the petition and action are dismissed without prejudice for failure to comply with the Court's orders.

April 20, 2022

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ A. Calderón
　　  Deputy Clerk